**ORIGINAL**



**FILED**

02/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0190

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0190

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

LISA ROSE HUEY-MCLEOD,

    Defendant and Appellant.

**O R D E R**

FILED

FEB 08 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Lisa Rose Huey-McLeod (McLeod) appeals the First Judicial District Court's June 17, 2020 revocation of her fully suspended 2010 sentence in Lewis and Clark County Cause Number BDC-2010-62. On revocation, the District Court sentenced McLeod to twenty years in the Montana Women's Prison with ten suspended on Count I and ten years on Count II, with all ten years suspended. The District Court's written judgment credits Ms. McLeod with jail time served from January to June of 2020 but does not credit her with the 113 days jail time awarded her in the 2010 judgment.

The parties have filed a stipulation agreeing that the judgment should be amended to include an award of credit for the 113 days included in the initial judgment. Appellant's counsel represents that he has identified no other meritorious issues for appeal and that McLeod agrees this is the proper course of action. Good cause appearing,

IT IS HEREBY ORDERED that this matter is REMANDED to the First Judicial District Court, Lewis and Clark County, with instructions to amend its July 28, 2020 Amended Judgment and Commitment in Lewis and Clark County Cause Number BDV 2010-62 to award McLeod 113 days of credit for jail time served as awarded in the 2010 judgment. Upon entry of the Second Amended Judgment, the Clerk of the District Court shall send a certified copy of the same to the Records Department of the Department of Corrections.

There being no other issues on appeal,

IT IS FURTHER ORDERED that the appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Clerk of District Court for Lewis and Clark County, and to the Honorable Michael McMahon, presiding judge.

DATED this ___8th___ day of February, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices